**Electronically Filed**
**Supreme Court**
**SCWC-13-0000429**
**05-SEP-2013**
**10:29 AM**

SCWC-13-0000429

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DISCOVER BANK, a Delaware Corporation,
Respondent/Plaintiff-Appellee,

vs.

BRADFORD W. ADAMS and EI RAYNA K. ADAMS,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000429; CIV. NO. 1RC09-1-009133)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The application for writ of certiorari, filed on August 20, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, September 5, 2013.

Bradford W. Adams and
Ei Rayna K. Adams,
petitioners pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

